UNITED STATES DISTRICT COURT

\_\_\_\_Northern\_\_\_\_ District of \_\_\_\_Ohio\_\_\_\_

| | | |
|---|---|---|
| United States of America | ) | Criminal No. 1:05CR252 |
| | ) | |
| vs. | ) | Judge Christopher A. Boyko |
| | ) | |
| Najati Oudeh, | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the \_\_\_\_Northern\_\_\_\_ District of \_\_\_\_Ohio\_\_\_\_ hereby dismisses the \_\_\_\_indictment\_\_\_\_ against
(indictment, information, complaint)

\_\_Najati Oudeh\_\_ defendant.

**FILED**

JAN - 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_____
Gregory A. White
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
Christopher A. Boyko
United States District Judge

Date:

FORM OBD-113
DEC. 82